UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICHOLE GWINNETT,

      Plaintiff,

v.                                     Case No.:  2:19-cv-295-FtM-38MRM

SOUTHWEST FLORIDA REGIONAL
PLANNING COUNCIL,

      Defendant.
_____/

**ORDER**[1]

Before the Court is Plaintiff's Response (Doc. 29) to the Court's Order to Show Cause (Doc. 28).  Last month, the Court granted Defendant's motion to dismiss, dismissed the Complaint (Doc. 1) without prejudice, and allowed Plaintiff to replead by filing an amended complaint.  (Doc. 25 at 12).  Plaintiff never did so, and the Court ordered Plaintiff to show cause why the case should not be dismissed.  (Doc. 28).  Plaintiff responded, explaining that she "elected not to file an amended complaint."  (Doc. 29 at 1-2).  Instead, Plaintiff intends to appeal the Court's Order (Doc. 25) dismissing the Complaint.  (Doc. 29 at 2).  Thus, the case is dismissed.

Accordingly, it is now

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

1. The case is **DISMISSED**.

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions or

   deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of October, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE


Copies:  All Parties of Record